**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM BRACE, | |
|    Plaintiff, | CIVIL ACTION NO. 3:11-02101 |
|    v. | |
| COUNTY OF LUZERNE, LUZERNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, LUZERNE COUNTY RETIREMENT BOARD, MARYANNE C. PETRILLA, CHAIRMAN/TRUSTEE, individually and in her official capacity, THOMAS J. COONEY, TRUSTEE, individually and in his official capacity, STEPHEN A. URBAN, TRUSTEE, individually and in his official capacity, WALTER J. GRIFFITH, JR., TRUSTEE, individually and in his official capacity, and MICHAEL A. MORREALE, TRUSTEE, individually and in his official capacity, | (JUDGE CAPUTO) |
|    Defendants. | |

## ORDER

**NOW**, this 12th day of June, 2012, **IT IS HEREBY ORDERED** that the Motions to Dismiss filed by Defendants County of Luzerne, Maryanne C. Petrilla, Thomas J. Cooney, Michael Morreale, Stephen A. Urban, and Walter Griffith, in their individual and official capacities as officers of the County (Doc. 24) and by Defendants Luzerne County Employees' Retirement System, Luzerne County Retirement Board, Maryanne C. Petrilla, Thomas J. Cooney, Michael Morreale, Stephen A. Urban, and Walter Griffith (Doc. 25) are **GRANTED**.

   (1)   Plaintiff's federal claims, Counts I-III, are dismissed **with prejudice**.

   (2)   Plaintiff's state-law claims, Counts IV-VIII, are dismissed **without prejudice**.

   (3)   The Clerk of Court is directed to mark the case as **CLOSED**.

                                                        /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge